# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

Bankruptcy Case No.: 23−10736−smr

Chapter No.: 11

Judge: Shad Robinson

IN RE: **SAL ATX LLC** , Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*36* − Amended Schedules and Summary: Amended Schedule(s): A/B, D, E/F, G, H, ( Filing Fee: $ 32.00 ) filed by Stephen W. Sather for Debtor SAL ATX LLC. −Declaration for Electronic Filing due by 11/3/2023 (Sather, Stephen)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **November 21, 2023**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 11/7/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-10736-smr |
| SAL ATX LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 07, 2023 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

**Recip ID          Recipient Name and Address**
db              +   SAL ATX LLC, 2450 Wickersham Lane Unit 202, Austin, TX 78741-4744

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:**

**Name                          Email Address**

James Q. Pope
                                on behalf of Debtor SAL ATX LLC ecf@thepopelawfirm.com jpope@jubileebk.net

Matthew W. Bourda
                                on behalf of Creditor Cypress BridgeCo  LLC matthew.bourda@mhllp.com

Matthew W. Bourda
                                on behalf of Creditor Magnolia BridgeCo  LLC matthew.bourda@mhllp.com

Robert Paul Debelak, III
                                on behalf of Creditor Cypress BridgeCo  LLC bobby.debelak@emhllp.com, bobby.debelak@emhllp.com

Robert Paul Debelak, III
                                on behalf of Creditor Magnolia BridgeCo  LLC bobby.debelak@emhllp.com, bobby.debelak@emhllp.com

Shane P. Tobin
                                on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov

23-10736-smr Doc#46 Filed 11/09/23 Entered 11/09/23 23:24:09 Imaged Certificate of Notice Pg 3 of 3

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 07, 2023 | Form ID: 234 | Total Noticed: 1 |

Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

Stephen W. Sather

on behalf of Debtor SAL ATX LLC ssather@bn-lawyers.com
phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;padair@bn-lawyers.com;mcalderon@bn-lawyers.com

United States Trustee - AU12

ustpregion07.au.ecf@usdoj.gov

TOTAL: 8